UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No: 1:25-mj-35

vs.

MICHAEL DAVID BLEDSOE,

                                               **COMPLAINT**
        Defendant.                                **PENALTY SHEET**
_____/

**Attempted Sexual Exploitation of a Child**– 18 U.S.C. §§ 2251(a) and (e)

**Minimum penalty:** 15 years imprisonment [18 U.S.C § 2251(e)]

**Maximum penalty:** 30 years imprisonment [18:2251(e)] and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18:3583]

**Special Assessment**: $100 [18:3013]

**Additional Special Assessments**: $5,000 [18:3014] and up to $50,000 [18:2259A]

**Restitution**: [18:3663; Mandatory 18:3663A]

**Other**: Sex offender registration


Date: January 30, 2025                              */s/ Austin J. Hakes*
                                                     Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046